IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 03-cv-01423-ZLW-CBS

ROBERT SCHWARTZ,

       Applicant,

v.

DONICE NEAL, Warden of the Arrowhead Correctional Facility, and
KENNETH SALAZAR, Attorney General of the State of Colorado,

       Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

       This Court, in the above entitled proceedings, has rendered an Order denying applicant's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the case. The Court has reviewed the record which conclusively shows that applicant is entitled to no relief. The reasons stated in the Order and Judgment of Dismissal filed August 15, 2005, are incorporated herein by reference as though fully set forth. Accordingly, the Court finds that a certificate of appealability should not issue because applicant has not made a substantial showing of the denial of a constitutional right. It is, therefore,

       ORDERED that no certificate of appealability will issue.

       DATED at Denver, Colorado this   13   day of   September  , 2005.

                                 BY THE COURT:

                                 s/ Zita L. Weinshienk

                                 ZITA L. WEINSHIENK, Senior Judge
                                 United States District Court