IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-1423-ZLW-CBS

ROBERT SCHWARTZ,

    Petitioner,

v.

DONICE NEAL, Warden of the Arrowhead Correctional Facility, and
KENNETH SALAZAR, Attorney General of the State of Colorado,

    Respondents.

_____

ORDER
_____

It is ORDERED that Petitioner's Motion To Reopen Petitioner's Petition On The Non-Adjudicated Claims (Doc. No. 68) is denied.

DATED at Denver, Colorado, this __26__ day of July, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court