IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-1423-ZLW-CBS

ROBERT SCHWARTZ,

    Petitioner,

v.

DONICE NEAL, Warden of the Arrowhead Correctional Facility, and
KENNETH SALAZAR, Attorney General of the State of Colorado,

    Respondents.

_____

ORDER
_____

    It is ORDERED that Petitioner's Motion To Reconsider . . . (Doc. No. 70) is denied.

    DATED at Denver, Colorado, this   17   day of August, 2006.

                    BY THE COURT

                    _____
                    ZITA L. WEINSHIENK, Senior Judge
                    United States District Court